RECEIVED
AUG 18 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
AUG 19 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA §
§
VS. § CAUSE NO. DR-10-CR-1182
§
TOMAS FRANCISCO BAUTISTA-LOPEZ

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally, with his/her attorney, before a Judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty". The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

<u>Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date.</u> *see Local Criminal Rules CR-12 and CR-47 (unless otherwise ordered by the Court.)*

Date: _____        _____
                                     Defendant

                                     _____
                                     Attorney for Defendant
                                     2205 Veterans Blvd., Ste. A-2
                                     Del Rio, Texas  78840
                                     Tel. (830) 703-2040, Fax (830) 702-2047

ORDER

APPROVED by the Court. A plea of "NOT GUILTY" is entered for the Defendant effective this date.

DATE: __AUG 1 9 2010__          _____
                                United States Magistrate Judge


ALL WAIVERS MUST BE FILED IN THE U.S. DISTRICT CLERK'S OFFICE NOT LATER THAT 9:00 O'CLOCK A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT