

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

OCT 7 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CAUSE NO.: DR-10-CR-1182-AML |
| | § | |
| TOMAS FRANCISCO BAUTISTA-LOPEZ | § | |

## STIPULATION OF FACTUAL BASIS FOR GUILTY PLEA

TO THE HONORABLE ALIA MOSES LUDLUM, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas and Assistant United States Attorney Christopher M. Blanton and the Defendant, TOMAS FRANCISCO BAUTISTA-LOPEZ, by and through his attorney of record, Angela R. Saad, Assistant Federal Public Defender, and hereby stipulate that if this matter were to proceed to trial, the United States would be able to prove by legal and competent evidence, beyond a reasonable doubt, the following facts and circumstances:

On July 13, 2010, Defendant was found in the United States by Border Patrol agents near Del Rio, Texas in the Western District of Texas. Defendant is an alien and citizen of the Republic of Mexico who has been previously deported from the United States on or about July 3, 2010, through Del Rio, Texas. The Defendant has not since received consent from the United States Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission into the United States. Accordingly, the Defendant is voluntarily in the United States unlawfully.

The Defendant apologizes to the Court for having committed this offense and accepts responsibility for his actions.

Respectfully submitted,
JOHN E. MURPHY
Acting United States Attorney

By: _____
Christopher M. Blanton
Assistant U.S. Attorney

After consulting with my attorney, I hereby stipulate that the foregoing Stipulation of Factual Basis for Guilty Plea is true and accurate, and had this matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this 26th day of August, 2010.

_____
TOMAS FRANCISCO BAUTISTA-LOPEZ
Defendant

I am Defendant's attorney, and I have carefully reviewed the foregoing Stipulation of Factual Basis for Guilty Plea with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this 7th day of October, 2010.

_____
Angela R. Saad
Assistant Federal Public Defender

Adopted and approved this 7th day of October, 2010.

_____
ALIA MOSES LUDLUM
United States District Judge

TOMAS FRANCISCO BAUTISTA-LOPEZ/Stipulation
Page 2 of 2 Pages